# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**ALEX XAVIER CHANGOLUISA CHUSIN,**
**Plaintiff,**

**v.** **C.A. No. 25-686 JJM**

**PATRICIA HYDE, et al.,**
**Defendants.**

## JUDGMENT

**[ ]** Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters pursuant to the Text Order entered on January 22nd, 2026 by this Court.

Enter:

/s/ Ryan H. Jackson______
Deputy Clerk

Dated: January 14, 2026